IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| In the Matter of | ) | |
| a Member of the Bar | ) | |
| of the Supreme Court | ) | No. 640, 2014 |
| of the State of Delaware: | ) | |
| | ) | |
| **CHRISTOPHER D. TEASE,** | ) | |
| Petitioner. | ) | |

Submitted: November 19, 2014
Decided: November 20, 2014

Before **STRINE**, Chief Justice, **HOLLAND**, and **VALIHURA**, Justices.

## **ORDER**

This 20th day of November 2014, it appears to the Court that Christopher Tease, Esquire, has filed a petition requesting to be transferred to disability inactive status. The Office of Disciplinary Counsel does not oppose the petition. According to the unopposed petition, Tease currently is suffering mental or physical incapacity which prevents him from both the practice of law and the ability to assist in his defense of pending matters.

NOW, THEREFORE, IT IS ORDERED that Tease shall immediately be transferred to disability inactive status pursuant to Rule 19(b) of the Rules of Disciplinary Procedure. The pending disciplinary matters are stayed. The ODC may publicize Tease's transfer to disability inactive status under Rule 19(d).

BY THE COURT:

*/s/ Leo. E. Strine, Jr.*

Chief Justice